```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
Victoria Brightman,                     :
                                        :
                    Plaintiff,          :      20cv4290 (DLC)
                                        :
            -v-                         :          ORDER
                                        :
PHYSICIAN AFFILIATE GROUP OF NEW YORK,  :
P.C., REGINALD D. ODOM, individually,   :
and NICOLE DELTS,                       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 23, 2020, the defendants filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On November 10, the plaintiff filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendants' October 23 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendants shall respond to the amended complaint by **December 4, 2020**. If the defendants renew their motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **January 8, 2021**. Defendants

shall file any reply by **January 22.**

    SO ORDERED:

Dated:    New York, New York
           November 10, 2020

_____
DENISE COTE
United States District Judge

2