**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VICTORIA BRIGHTMAN,

                          Plaintiff,

      -against-

PHYSICIAN AFFILIATE GROUP OF NEW
YORK, P.C., REGINALD D. ODOM, and
NICOLE DELTS,

                     Defendants.
-------------------------------------------------------------X

20 CIVIL 4290 (DLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2021, this action is dismissed for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and judgment is entered for the defendants; accordingly, this case is closed.

**Dated:** New York, New York

       June 29, 2021

                                                  RUBY J. KRAJICK
                                                    Clerk of Court

                             BY: _____
                                                    Deputy Clerk